EILEEN M. DECKER
United States Attorney
By: TRITIA YUEN (Cal. Bar No. 255468)
Assistant U.S. Attorney
3403 10th Street, Suite 200
Riverside, California 92501
Email: tritia.yuen2@usdoj.gov

FILED
CLERK, U.S. DISTRICT COURT

FEB 10 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED13-0332M-3 |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
| MARIA DELVILLOR, | |
| Defendant. | |

A Magistrate's Complaint and arrest warrant having been filed before the United States Magistrate Judge Oswald Parada, in Riverside, California, against the above-entitled defendant, charging violation of Title 21, United States Code, Sections 841 and 846, and the United States Attorney having moved for a dismissal of the complaint and arrest warrant as to MARIA DELVILLOR.

IT IS HEREBY ORDERED that said Complaint be dismissed without prejudice, and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date February 10, 2017

SHERI PYM
_____
HONORABLE SHERI PYM
United States Magistrate Judge

Presented by:

/s/ Tritia Yuen
_____
TRITIA YUEN
Assistant U.S. Attorney

Complaint Filed: October 10, 2013.   Are the persons in custody?:   YES (X)
                                                                     NO ( )