UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIA DELVILLOR<br><br>          Defendant. | No.  1:17-mj-00019 SKO<br><br>**ORDER OF RELEASE** |

The Complaint in case no. ED13-0332M-3 having been dismissed without prejudice as to defendant Maria Delvillor, said defendant shall be released forthwith.

IT IS SO ORDERED.

Dated:  **February 10, 2017**                              /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE

1